# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Kelly Daniels, Esq.
ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant William Inzar

*Document Electronically Filed*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler, U.S.D.J. |
| | Crim. No. 10-564 |
| v. | |
| | **CONSENT ORDER MODIFYING** |
| WILLIAM INZAR, | **CONDITIONS OF RELEASE and** |
| | **SUBSTITUTING THIRD PARTY** |
| Defendant. | **CUSTODIAN** |

**THIS MATTER** having come before the Court upon the application of the Defendant, William Inzar, by his attorney Kelly Daniels, Esq., for an Order modifying Defendant's conditions of release and to substitute a Third Party Custodian, and the United States (Rodney Villazor, Esq., Assistant United States Attorney) having consented to the application, and the Office of Pretrial Services having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

**IT IS HEREBY ORDERED** that Defendant William Inzar's conditions of release shall be modified to permit Defendant Inzar to work and to adjust the hours of his curfew as is relates to his hours of employment as approved by the Office of Pretrial Services; and

**IT IS FURTHER ORDERED** that Germaine Inzar shall be removed as a Third Party Custodian for Defendant William Inzar and replaced with Dawne Tarver, who shall act as Defendant's Third Party Custodian; and

**IT IS FURTHER ORDERED** that all remaining conditions of Pretrial Supervision previously imposed shall remain in full force and effect until further order of the Court.

STANLEY R. CHESLER
United States District Judge

**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: ___s/Rodney Villazor___
     Rodney Villazor, Esq., A.U.S.A.
     Assistant United States Attorney

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant

By: ___s/Kelly Daniels___
     Kelly Daniels, Esq.