Kelly Daniels, Esq.
ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant William Inzar

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler, USDJ |
| v. | Crim. No. 10-00564-001 |
| WILLIAM INZAR, | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. | Document Electronically Filed |

**THIS MATTER** having come before the Court upon the application of the Defendant, William Inzar, by his attorney Kelly Daniels, Esq., for an Order modifying Defendant's conditions of release, and both the United States Attorney's Office (Rodney Villazor, AUSA) and the Office of Pretrial Services having consented to this application, and the Court having today sentenced Defendant and having considered the application, and for good cause shown;

**IT IS** on this 5th day of January, 2011,

**ORDERED** that Defendant William Inzar's conditions of release be, and hereby are, modified to remove Defendant William Inzar from electronic monitoring; and it is further

**ORDERED** that all other conditions of Defendant William Inzar's Pretrial Supervision previously imposed shall remain in full force and effect until further Order.

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.

**CONSENTED TO AS TO FORM AND SUBSTANCE:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:   s/Rodney Villazor
      Rodney Villazor, Esq., A.U.S.A.
      Assistant United States Attorney

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant

By:   s/Kelly Daniels
      Kelly Daniels, Esq.