PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Inzar, William  
Cr.:564(SRC)(1)  
PACTS #:57811

Name of Sentencing Judicial Officer: Stanley R. Chesler

Date of Original Sentence: 1/4/11

Original Offense: Dealing in firearms without a license

Original Sentence: Six months custody, three years supervised release, prohibition on gang/criminal associations, six month home confinement and drug treatment.

Type of Supervision: Supervised release        Date Supervision Commenced: 1/4/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On January 10, 2011, during a home visit the offender submitted a urine sample with the results testing positive for THC. Mr. Inzar was questioned about the abuse, with him admitting his usage, stating he unknowingly smoked a cigar with an associate that was laced with the illegal substance.

U.S. Probation Officer Action:
The offender has been verbally reprimanded and enrolled in our codeaphone drug testing program to monitor for further non-compliance.

Respectfully submitted,

By: Stanley K. Whetstone  
Senior U.S. Probation Officer  
Date: 1/12/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for Warrant or Summons  
[✓] Other _ Agree with P.O. Whetstone's recommendation

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

January 12, 2011

The Honorable Stanley r. Chesler
United States District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark New Jersey 07101-0999

Re: Inzar, William
Dkt.#: CR 564 (SRC)(1)
**Notice of Non-Compliance/Request that no action be taken**

Dear Judge Chesler:

On January 4, 2011, the above-mentioned offender was sentenced by Your Honor on a charge of dealing in firearms without a license. He was ordered to serve a six month term of custody, starting on June 1, 2011, followed by three years of supervised release. Special conditions ordered were: six months home confinement with electronic monitoring, drug treatment, and prohibition of gang/criminal associations. A $100 special assessment was also imposed.

On September 10, 2011, during a home a visit the offender submitted a urine specimen, using a five panel instant test, with the results testing positive for marijuana. When questioned about the abuse Mr. Inzar admitted his usage, stating he unknowingly smoked a cigar with an associate that was laced with the illegal substance. Mr. Inzar has been verbally reprimanded and enrolled in our codeaphone, drug testing program to address his non-compliance.

We ask that no action be taken at this time. Please sign the attached, Form 12A if an agreement with our recommendation. If your Honor has any questions, or needs more information, please contact the undersigned officer at 973-223-0694.

Respectfully submitted,

Christopher Maloney, Chief
U.S. Probation Officer

By: Stanley K. Whetstone
Senior U.S. Probation Officer